# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPUTER SOFTWARE PROTECTION LLC<br><br>    Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC.<br><br>    Defendants. | Civil Action No. 12-cv-451-SLR |

## JOINT MOTION AND ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 12(H)(3)

Plaintiff Computer Software Protection LLC ("CSP") served upon Adobe Systems Inc. ("Adobe"), the attached Covenant Not To Sue on July 28, 2014 thereby removing subject matter jurisdiction for the claims and counterclaims at issue in this case.  Pursuant to Fed. R. Civ. P. 12(h)(3) CSP and Adobe jointly stipulate and move the Court to dismiss all claims and counterclaims asserted by CSP in this action with prejudice and to dismiss all of Adobe's claims and counterclaims asserted by it in this action without prejudice.  Within the time limits set under Fed. R. Civ. P. 54(d), the Court will retain jurisdiction to hear any motions for costs and fees.

06072080

*/s/ Brian E. Farnan*  
Brian E. Farnan (No. 4089)  
Michael J. Farnan (No. 5165)  
FARNAN LLP  
919 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 777-0300  
mfarnan@farnanlaw.com  
*Attorneys for Plaintiff*

*/s/ Martina Tyreus Hufnal*  
Martina Tyreus Hufnal (No. 4771)  
FISH & RICHARDSON P.C.  
222 Delaware Avenue, 17th Floor  
P.O. Box 1114  
Wilmington, DE 19801  
(302) 652-5070  
tyreushufnal@fr.com  
*Attorneys for Defendant*

Dated: August 1, 2014

SO ORDERED this _____ day of August, 2014

_____  
The Honorable Sue L. Robinson  
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPUTER SOFTWARE PROTECTION LLC<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS INCORPORATED<br><br>    Defendants. | Civil Action No. 12-451-SLR |

## COVENANT NOT TO SUE

Computer Software Protection LLC, the exclusive licensee and holder of substantial interest in U.S. Patent No. 6,460,140 ("the '140 patent"), and StarNet Communications Corporation, holder of title in the '140 patent, on behalf of themselves and any successors-in-interest to the '140 patent) hereby release and unconditionally covenant not to sue Adobe Systems Incorporated ("Adobe") and Adobe's customers for infringement of the '140 patent based on Adobe's development, manufacture, importation, sale and/or offer for sale of Adobe's products or services, or Adobe's own or Adobe's customers' use of Adobe's products or services.

06071789

DATED:   July 28, 2014                              Respectfully submitted,


  Robert R. Gilman_____
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

Robert R. Gilman
Joseph P. Messina
Christopher E. Millikin
Hayes Messina Gilman & Hayes LLC
200 State Street, Sixth Floor
Boston, MA  02109
Tel: (617) 345-4200
Fax: (978) 809-3869
rgilman@hayesmessina.com
jmessina@hayesmessina.com
cmillikin@hayesmessina.com

*Counsel for Plaintiff and StarNet Communications Corporation*